COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:                    01-13-00590-CR

Style:                           William Walton Harvey Jr.

                                 v. The State of Texas

Date motion filed*:              April 10, 2014

Type of motion:                  Motion for extension of time to file brief

Party filing motion:             Appellant

Document to be filed:            Brief

Is appeal accelerated?        No

If motion to extend time:

    Original due date:                              September 5, 2013

    Number of previous extensions granted:      0       Current Due date:  September 5, 2013

    Date Requested:                              May 9, 2014

Ordered that motion is:

    ☑      Granted

            If document is to be filed, document due:  May 9, 2014

            ☑ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐      Denied

    ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐      Other: _____

Judge's signature:   /s/ Evelyn V. Keyes
                    ☑ Acting individually    ☐ Acting for the Court

Panel consists of     _____

Date: April 22, 2014_____